# O'DELL
## LAW | MEDIATION PLLC

Post Office Box 320
Huntington, WV 25708

Telephone: 304.525.5700
Facsimile: 304.525.5701

Donald B. O'Dell
dodell@odellmediation.com

June 17, 2019

File No: 19-026



Rory L. Perry, II, Clerk
United States District Court
Southern District of West Virginia
Sidney L. Christie Federal Building
845 Fifth Avenue, Room 101
Huntington, WV 25701

Re: <u>Alicia Gonzales v. Marshall University Board of Governors</u>
In the United States District Court for the Southern District of West Virginia
Civil Action No.: 3:18-cv-00235

Dear Mr. Perry:

As you may know, the parties contacted me and requested that I mediate the above-referenced matter pending before Judge Chambers and scheduled for trial on August 6, 2019. Pursuant to LR Civ P 16.6.8, I submit the following report.

On June 3, 2019, a mediation session was conducted. The parties negotiated openly and knowledgeably about the case. These negotiations and subsequent discussions have resulted in progress toward settlement; however, the parties have yet to reach a resolution.

I am pleased to be of service to the parties, counsel and the Court and plan to remain involved as the mediator for purposes of the possibility of future negotiations. Should you or Judge Chambers have any questions regarding mediation efforts to date, please do not hesitate to contact me.

Sincerely,

Donald B. O'Dell

DBO:tgc

cc: The Honorable Robert C. Chambers
Sidney L. Christie Federal Building, 2nd Floor
845 Fifth Avenue
Huntington, WV 25701-2014

C:\SCANS\#\19-026\19-026 CLERK.DOCX



Rory L. Perry, II, Clerk
June 17, 2019
Page 2

cc:    Amy C. Crossan, Esquire
BOUCHILLON, CROSSAN & COLBURN, LC
731 Fifth Avenue
Huntington, WV 25701

Jonathan M. Gesk, Esquire
GESK & MORITZ, LLC
14 E. Main Street
Carnegie, PA 15106

Perry W. Oxley, Esquire
OXLEY RICH SAMMONS
P.O. Box 1704
Huntington, WV 25718