IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

ALICIA GONZALES,

        Plaintiff,

v.                                CIVIL ACTION NO.   3:18-0235

MARSHALL UNIVERSITY
BOARD OF GOVERNORS,

        Defendant.

## ORDER

For reasons that will be stated in a forthcoming Memorandum Opinion and Order, the Court **GRANTS** Defendant's Motion for Summary Judgment (ECF No. 82).

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

        ENTER:       July 23, 2019

        ROBERT C. CHAMBERS
        UNITED STATES DISTRICT JUDGE